# United States District Court
## Central District of California
### Western Division

DAVID ALBA,

         Plaintiff,

  v.

DOMINO'S PIZZA, LLC, *et al.*,

         Defendants.

CV 18-02572 TJH (Ex)

Order    JS-6

     The Court has considered Plaintiff's motion to remand, together with the moving papers.

     Defendants removed based on diversity jurisdiction, arguing that Defendant Miguel Castaneda is a sham defendant because there is no private right of action for violations of Cal. Lab. Code § 1197.1.

     In considering whether Castaneda was a sham defendant joined solely to destroy removal based on diversity jurisdiction, the Court must consider whether there is any possibility that Alba will be able to establish liability against Castaneda. *See Weidman v. Exxon Mobil Corp.*, 776 F.3d 214, 218 (4th Cir. 2015). Further, fraudulent joinder must be established by clear and convincing evidence. *Hamilton Materials, Inc. v. Dow Chem. Corp.*, 494 F. 3d 1203, 1206 (9th Cir. 2007).

At least one California case, *Caliber Bodyworks, Inc. v. Superior Court*, 134 Cal. App. 4th 365, 382 (2005), has indicated that there exists a private right of action for violations of Cal. Lab. Code § 1197.1.

Accordingly,

It is Ordered that the motion to remand be, and hereby is, Granted.

It is further Ordered that all other pending motions in this case be taken off calendar.

Date: March 25, 2019

_____
Terry J. Hatter, Jr.
Senior United States District Judge